IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ODELL RUTLEDGE, JR,

    Plaintiff,

v.                                                CASE NO. 1:10-cv-00160-MP -GRJ

ALACHUA COUNTY CIRCUIT COURT OF FLORIDA, WILLIAM EZZELL, MARK W MOSELEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as frivolous. The time for filing objections has passed, and none have been filed. The Court agrees that the plaintiff's claims are indecipherable and frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _23rd_ day of November, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge